■ In the Matter of HENRY LEE, Petitioner, v JEFFREY ATLAS, Respondent. [730 NYS2d 233] —Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without prejudice to raising the same or similar issues on direct appeal of the final judgment in the underlying matter entitled *People v Henry Lee*, Supreme Court, New York County, bearing Indictment No. 327/01, without costs or disbursements. No opinion. Concur—Sullivan, P. J., Rosenberger, Nardelli, Rubin and Friedman, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JENNIFER MIRA HONG, Admitted on April 13, 1992, at a Term of the Appellate Division, First Judicial Department. [730 NYS2d 853] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J..P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See* 240 AD2d 106.]